CLOSED

**U.S. District Court [LIVE]**
**Western District of Texas (El Paso)**
**CRIMINAL DOCKET FOR CASE #: 3:19-cr-03340-KC-1**

Case title: USA v. Ramos

Magistrate judge case number: 3:19-mj-08623-MAT

Date Filed: 10/16/2019

Date Terminated: 10/05/2020

Assigned to: Judge Kathleen Cardone

**Defendant (1)**

**Rebecca Ramos**
*TERMINATED: 10/05/2020*

represented by **Tyrone Thelonious Mansfield**
Federal Public Defender's Office
700 E. San Antonio
Room D-401
El Paso, TX 79901
(915) 534-6525
Fax: (915) 534-6534
Email: Tyrone_Mansfield@fd.org
*TERMINATED: 10/05/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

21:952A=NI.F-NARCOTICS - IMPORT
(3)

**Disposition**

DEFENDANT SENTENCED TO 30 MONTHS IMPRISONMENT, 5 YEARS SUPERVISED RELEASE, $100.00 S/A

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

21:952=NI.F-NARCOTICS - IMPORT
(1)

21:841A=ND.F-NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE
(2)

21:841A=ND.F-NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE
(4)

**Disposition**

Dismissed

Dismissed

Dismissed

**Highest Offense Level (Terminated)**

Felony

**Complaints**

21:952=NI.F---Heroin-Import

**Disposition**

**Plaintiff**

**USA**

represented by **Richard Douglas Watts**
U.S. Attorney's Office
700 E. San Antonio, Suite 200
El Paso, TX 79901
(915) 534-3447
Fax: (915) 534-6024
Email: richard.watts@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Gregory Garcia**
SEPARATED Assistant U.S. Attorney
700 E. San Antonio Street

Suite 200
El Paso, TX 79901
(915) 534-6884
Fax: 915/534-3462
Email: usatxw.ecfepcrim@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/23/2019 | | Arrest of Rebecca Ramos (ep1) [3:19-mj-08623-MAT] (Entered: 09/26/2019) |
| 09/25/2019 | 1 | COMPLAINT Signed by Judge Miguel A. Torres as to Rebecca Ramos. (ep1) [3:19-mj-08623-MAT] (Entered: 09/26/2019) |
| 09/25/2019 | 2 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Rebecca Ramos. Signed by Judge Miguel A. Torres. (ep1) [3:19-mj-08623-MAT] (Entered: 09/26/2019) |
| 09/25/2019 | 3 | Minute Entry for proceedings held before Judge Miguel A. Torres:Initial Appearance as to Rebecca Ramos held on 9/25/2019 (Minute entry documents are not available electronically.), Spanish Language Interpreter NOT required as to Rebecca Ramos (Court Reporter ero.) (ep1) [3:19-mj-08623-MAT] (Entered: 09/26/2019) |
| 09/25/2019 | | ORAL ORDER SETTING BOND as to Rebecca Ramos, Bond set to $20k- 10% Cash Deposit by Judge Miguel A. Torres. (ep1) [3:19-mj-08623-MAT] (Entered: 09/26/2019) |
| 09/25/2019 | 4 | ORDER SETTING PRELIMINARY EXAMINATION HEARING as to Rebecca Ramos, ( Preliminary Hearing set for 9/30/2019 09:30 AM before Judge Miguel A. Torres,). Signed by Judge Miguel A. Torres. (ep1) [3:19-mj-08623-MAT] (Entered: 09/26/2019) |
| 09/26/2019 | 5 | NOTICE OF ATTORNEY APPEARANCE Richard Douglas Watts appearing for USA. . Attorney Richard Douglas Watts added to party USA(pty:pla) (Watts, Richard) [3:19-mj-08623-MAT] (Entered: 09/26/2019) |
| 09/26/2019 | 6 | NOTICE OF ATTORNEY APPEARANCE: Tyrone Thelonious Mansfield appearing for Rebecca Ramos . Attorney Tyrone Thelonious Mansfield added to party Rebecca Ramos(pty:dft) (Mansfield, Tyrone) [3:19-mj-08623-MAT] (Entered: 09/26/2019) |
| 09/30/2019 | 7 | Minute Entry for proceedings held before Judge Miguel A. Torres: Preliminary Hearing as to Rebecca Ramos held on 9/30/2019 Probable cause found (Minute entry documents are not available electronically.) (Court Reporter ERO.) (ep1) [3:19-mj-08623-MAT] (Entered: 09/30/2019) |
| 10/02/2019 | 9 | APPEARANCE AND COMPLIANCE BOND Filed as to Rebecca Ramos in amount of $ 20,000.00 - 2,000.00 (10% cash deposit). Receipt # 300034957. (Attachments: # 1 Sealed Document unredacted bond)(ep1) [3:19-mj-08623-MAT] (Entered: 10/02/2019) |
| 10/16/2019 | 10 | INDICTMENT(Redacted Version) filed. Unredacted document sealed pursuant to E-Government Act of 2002 as to Rebecca Ramos (1) count(s) 1, 2, 3, 4. (mn) (Entered: 10/17/2019) |
| 10/16/2019 | 12 | Personal Data Sheet (SEALED) as to Rebecca Ramos (mn) (Entered: 10/17/2019) |
| 10/16/2019 | | If ordered by the court, all referrals will be assigned to Magistrate Judge Castaneda (mn) (Entered: 10/17/2019) |
| 10/18/2019 | 13 | Waiver of personal appearance at Arraignment, plea of not guilty by Rebecca Ramos (Mansfield, Tyrone) (Entered: 10/18/2019) |
| 10/18/2019 | 14 | SCHEDULING NOTICE as to Rebecca Ramos Arraignment set for 10/28/2019 02:30 PM before Judge Anne T. Berton, Plea deadline 12/4/2019, Status Conference set for 12/18/2019 09:30 AM before Judge Kathleen Cardone, (mvda) (Entered: 10/18/2019) |
| 10/18/2019 | 15 | General ORDER of Discovery as to Rebecca Ramos. Signed by Judge Kathleen Cardone. (bot1) (Entered: 10/18/2019) |
| 10/28/2019 | 16 | Order Accepting Waiver of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Rebecca Ramos. Signed by Judge Anne T. Berton. (mn) (Entered: 10/29/2019) |
| 11/27/2019 | 17 | NOTICE *DEFENDANT'S NOTICE OF INTENT TO PLEAD GUILTY* by Rebecca Ramos (Mansfield, Tyrone) (Entered: 11/27/2019) |
| 12/17/2019 | 18 | ORDER TO CONTINUE - Ends of Justice as to Rebecca Ramos, ORDER Setting Rearraignment as to Rebecca Ramos( Rearraignment set for 1/14/2020 09:30 AM before Judge Robert F. Castaneda,). Signed by Judge Robert F. Castaneda. (dc) (Entered: 12/17/2019) |
| 01/10/2020 | 19 | Sealed Addendum to Plea Agreement as to Rebecca Ramos (Watts, Richard) (Entered: 01/10/2020) |
| 01/10/2020 | 20 | PLEA AGREEMENT as to Rebecca Ramos (Plea agreement documents are not available electronically.) (Watts, Richard) (Entered: 01/10/2020) |
| 01/14/2020 | 21 | Consent to administration of guilty plea and Rule 11 Allocution by a United States Magistrate Judge by Rebecca Ramos (dc) (Entered: 01/14/2020) |
| 01/14/2020 | 22 | Minute Entry for proceedings held before Judge Robert F. Castaneda:Rearraignment held on 1/14/2020 ; Defendant Informed of Rights. Plea of guilty entered as to Rebecca Ramos (1) Count 3 ;Referred to Probation for Presentence Report (Minute entry documents are not available electronically.) (Court Reporter ERO.) (dc) (Entered: 01/14/2020) |
| 01/14/2020 | 23 | FINDINGS OF FACT AND RECOMMENDATION on felony guilty plea before the United States Magistrate Judge as to Rebecca Ramos. Signed by Judge Robert F. Castaneda. (dc) (Entered: 01/14/2020) |
| 01/16/2020 | 24 | ORDER Setting Sentencing as to Rebecca Ramos. Sentencing set for 3/31/2020 09:30 AM before Judge Kathleen Cardone. Signed by Judge Kathleen Cardone. (dc) (Entered: 01/16/2020) |
| 02/11/2020 | 25 | ORDER accepting re 23 Findings of Fact on Plea as to Rebecca Ramos. Guilty plea accepted. Signed by Judge Kathleen Cardone. (mn) (Entered: 02/11/2020) |
| 03/05/2020 | 26 | INITIAL PRESENCE REPORT as to Rebecca Ramos by Officer Brenda A. Pritchard. Objections to the PSR must be submitted directly to the Probation Department no later than 5:00 p.m. on March 19, 2020. Instructions for viewing the report/worksheet are available here. (Document is available only to the attorney of record and AUSA for 14 days. PLEASE PRINT OR SAVE AS SOON AS DOCUMENT IS OPENED.) (Attachments: # (1-1)(Rosales, S.) (Entered: 03/05/2020) |

| | | |
|---|---|---|
| 03/17/2020 | 27 | MOTION to Continue *Sentencing Hearing* by Rebecca Ramos. (Mansfield, Tyrone) (Entered: 03/17/2020) |
| 03/17/2020 | 28 | CORRECTED MOTION to Continue *Sentencing Hearing* by Rebecca Ramos. (Mansfield, Tyrone) (Entered: 03/17/2020) |
| 03/19/2020 | | Text Order GRANTING 28 Motion to Continue as to Rebecca Ramos (1). RESET to May 27, 2020 at 2 p.m. SO ORDERED. Entered by Judge Kathleen Cardone. (This is a text-only entry generated by the court. There is no document associated with this entry.) (KC) (Entered: 03/19/2020) |
| 03/19/2020 | | Reset Hearings as to Rebecca Ramos: Sentencing RESET for 5/27/2020 02:00 PM before Judge Kathleen Cardone, (dc) (Entered: 03/19/2020) |
| 03/23/2020 | 29 | ORDER Setting Sentencing as to Rebecca Ramos. Sentencing RESET for 5/27/2020 02:30 PM before Judge Kathleen Cardone. Signed by Judge Kathleen Cardone. (dc) (Entered: 03/23/2020) |
| 05/18/2020 | 30 | ADDENDUM TO PRESENTENCE REPORT as to Rebecca Ramos by Officer Brenda Pritchard. Instructions for viewing the report/worksheet are available here. (Document is available only to the attorney of record and AUSA for 14 days. PLEASE PRINT OR SAVE AS SOON AS DOCUMENT IS OPENED.) (Attachments: # 1) (Minjarez, C.) (Entered: 05/18/2020) |
| 05/18/2020 | 31 | SEALED PRESENTENCE INVESTIGATION REPORT Filed as to Rebecca Ramos by Officer Brenda Pritchard. (Document available to court only) (Attachments: # 1 - 5) (Minjarez, C.) (Entered: 05/18/2020) |
| 05/20/2020 | 32 | SEALED SUPPLEMENTAL ATTACHMENT re 31 SEALED PRESENTENCE INVESTIGATION REPORT Filed as to Rebecca Ramos by Officer Brenda Pritchard. (Document available to court only) (Attachments: # 1 - 5) (Minjarez, C.) (Document available to court only) (Ramirez, R.) (Entered: 05/20/2020) |
| 05/20/2020 | 33 | ORDER Setting Sentencing as to Rebecca Ramos. Sentencing RESET for 7/6/2020 09:30 AM before Judge Kathleen Cardone. Signed by Judge Kathleen Cardone. (dc) (Entered: 05/20/2020) |
| 05/22/2020 | 34 | ORDER Setting Sentencing as to Rebecca Ramos. Sentencing RESET for 7/13/2020 09:30 AM before Judge Kathleen Cardone. Signed by Judge Kathleen Cardone. (dc) (Entered: 05/22/2020) |
| 07/07/2020 | 35 | MOTION to Continue *Sentencing Hearing* by Rebecca Ramos. (Mansfield, Tyrone) (Entered: 07/07/2020) |
| 07/08/2020 | | Text Order GRANTING 35 Motion to Continue as to Rebecca Ramos (1). RESET to September 28, 2020 at 9:30 a.m. SO ORDERED. Entered by Judge Kathleen Cardone. (This is a text-only entry generated by the court. There is no document associated with this entry.) (KC) (Entered: 07/08/2020) |
| 07/09/2020 | 36 | ORDER Setting Sentencing as to Rebecca Ramos. Sentencing RESET for 9/28/2020 09:30 AM before Judge Kathleen Cardone. Signed by Judge Kathleen Cardone. (dc) (Entered: 07/09/2020) |
| 09/22/2020 | 37 | ORDER Setting Sentencing as to Rebecca Ramos Sentencing RESET for 9/29/2020 11:30 AM before Judge Kathleen Cardone,. Signed by Judge Kathleen Cardone. (dc) (Entered: 09/22/2020) |
| 09/29/2020 | 38 | PDF with attached Audio File. Audio as to Defendant (1) Rebecca Ramos. Court Date & Time [ 9/29/2020 12:12:45 PM ]. File Size [ 4554 KB ]. Run Time [ 00:09:29 ]. (SENTENCING). (admin). (Entered: 09/29/2020) |
| 09/29/2020 | 39 | Minute Entry for proceedings held before Judge Kathleen Cardone:Sentencing held on 9/29/2020 for Rebecca Ramos (1), Count(s) 1, 2, 4, Dismissed; Count(s) 3, DEFENDANT SENTENCED TO 30 MONTHS IMPRISONMENT, 5 YEARS SUPERVISED RELEASE, $100.00 S/A. (Minute entry documents are not available electronically.) (Court Reporter ECRO.) (dc) (Entered: 10/01/2020) |
| 10/05/2020 | 40 | JUDGMENT AND COMMITMENT as to Rebecca Ramos (1), Count(s) 1, 2, 4, Dismissed; Count(s) 3, DEFENDANT SENTENCED TO 30 MONTHS IMPRISONMENT, 5 YEARS SUPERVISED RELEASE, $100.00 S/A. Signed by Judge Kathleen Cardone. (dc) (Entered: 10/05/2020) |
| 10/05/2020 | 41 | Sealed Statement of Reasons as to Rebecca Ramos (SOR documents are not available electronically.) (dc) (Entered: 10/05/2020) |
| 09/09/2021 | 42 | MOTION for Return of Cash Bail as to Rebecca Ramos. (dc) (Entered: 09/09/2021) |
| 09/14/2021 | 43 | ORDER GRANTING 42 Motion for Return of Bail as to Rebecca Ramos (1). Signed by Judge Kathleen Cardone. (dc) (Entered: 09/14/2021) |

JUDGE KATHLEEN CARDONE

FILED

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

2019 OCT 16  PM 2: 27

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | § CRIMINAL NO. EP-19-CR- |
| | § |
| **Plaintiff,** | § **I N D I C T M E N T** |
| | § |
| **v.** | § **CT 1:** 21:952(a)-Importation of a |
| | § Controlled Substance; and |
| **REBECCA RAMOS,** | § **CT 2:** 21:841(a)(1)-Possession of a |
| | § Controlled Substance with Intent to |
| **Defendant.** | § Distribute. |
| | § **CT 3:** 21:952(a)-Importation of a |
| | § Controlled Substance; and |
| | § **CT 4:** 21:841(a)(1)-Possession of a |
| | § Controlled Substance with Intent to |
| | § Distribute. |

**EP 19 CR 3340**

THE GRAND JURY CHARGES:

<u>**COUNT ONE**</u>
(21 U.S.C. §§ 952(a), 960(a)(1) & 960(b)(2)(B))

That on or about September 23, 2019, in the Western District of Texas, Defendant,

**REBECCA RAMOS,**

knowingly and intentionally imported into the United States from Mexico a controlled substance,

which offense involved 500 grams or more of a mixture or substance containing a detectable

amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States

Code, Sections 952(a), 960(a)(1) and 960(b)(2)(B).

<u>**COUNT TWO**</u>
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)(ii))

That on or about September 23, 2019, in the Western District of Texas, Defendant,

**REBECCA RAMOS,**

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii).

## COUNT THREE
(21 U.S.C. §§ 952(a), 960(a)(1) & 960(b)(1)(A))

That on or about September 23, 2019, in the Western District of Texas, Defendant,

## REBECCA RAMOS,

knowingly and intentionally imported into the United States from Mexico a controlled substance, which offense involved 1 kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(A).

## COUNT FOUR
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)(i))

That on or about September 23, 2019, in the Western District of Texas, Defendant,

## REBECCA RAMOS,

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved 1 kilogram or more of a mixture or substance containing a detectable amount of

heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections

841(a)(1) and 841(b)(1)(A)(i)).

A TRUE BILL. ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

FOREPERSON OF THE GRAND JURY

JOHN F. BASH
UNITED STATES ATTORNEY

BY:   _____
Assistant U.S. Attorney

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

UNITED STATES OF AMERICA

     v.                                          Case Number:  EP:19-CR-03340-KC(1)
                                                      USM Number: 41057-480

REBECCA RAMOS

    Defendant.

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, REBECCA RAMOS, was represented by Tyrone Thelonious Mansfield.

On motion by the United States, the Court has dismissed Count(s) One, Two, and Four of the Indictment.

The defendant pled guilty to Count Three of the Indictment on January 14, 2020.  Accordingly, the defendant is adjudged guilty of such Count(s), involving the following offense(s):

| Title & Section / Nature of Offense | Offense Ended | Count |
|---|---|---|
| 21 U.S.C. 952(a), 960(a)(1), and 960(b)(1)(A) - Conspiracy to Import One Kilogram or More of a Mixture or Substance Containing a Detectable Amount of Heroin | September 23, 2019 | Three |

As pronounced on September 29, 2020, the defendant is sentenced as provided in pages 2 through 7 of this Judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

SIGNED this 3rd day of October, 2020.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

AO 245B (Rev. TXW 09/19) Judgment in a Criminal Case                                      Judgment -- Page 2 of 7

DEFENDANT:          REBECCA RAMOS
CASE NUMBER:        EP:19-CR-03340-KC(1)

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a term of thirty (30) months as to count three.

The Court makes the following recommendations to the Bureau of Prisons:

That the defendant be incarcerated in a federal facility as close to Amarillo, Texas as possible.

The defendant shall surrender for service of sentence on or before 2:00 PM on January 4, 2021 either at the institution designated by the Federal Bureau of Prisons or to the Office of the United States Marshal.

**RETURN**

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____ , with a certified copy of this Judgment.

United States Marshal

By _____

Deputy Marshal

AO 245B (Rev. TXW 09/19) Judgment in a Criminal Case

Judgment -- Page 3 of 7

DEFENDANT:          REBECCA RAMOS
CASE NUMBER:        EP:19-CR-03340-KC(1)

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of five years.

While on supervised release, the defendant shall comply with the mandatory, standard and if applicable, the special and/or additional conditions on the attached pages that have been adopted by this Court.

## MANDATORY CONDITIONS

1.   You must not commit another federal, state or local crime.

2.   You must not unlawfully possess a controlled substance.

3.   You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
     ☐   The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. (*check if applicable*)

4.   You shall submit to the collection of a DNA sample from you at the direction of the United States Probation Office if the collection of such a sample is authorized pursuant to section 3 of the DNA Analysis Backlog Elimination Act of 2000 (42 U.S.C. § 14135a).

5.   ☐   You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. (*check if applicable*)

6.   ☐   You must participate in an approved program for domestic violence. (*check if applicable*)

7.   ☐   You must make restitution in accordance with 18 U.S.C.  §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664. (*check if applicable*)

8.   You must pay the assessment imposed in accordance with 18 U.S.C. § 3013.

9.   If this judgment imposes a fine, you must pay in accordance with the Schedule of Payments sheet of this judgment.

10.  You must notify the court of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

AO 245B (Rev. TXW 09/19) Judgment in a Criminal Case                                                    Judgment -- Page 4 of 7

DEFENDANT:            REBECCA RAMOS
CASE NUMBER:         EP:19-CR-03340-KC(1)

## STANDARD CONDITIONS OF SUPERVISED RELEASE

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

**U.S. Probation Office Use Only**

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. I understand additional information regarding these conditions is available at the www.uscourts.gov.


Defendant's Signature _____          Date _____

AO 245B (Rev. TXW 09/19) Judgment in a Criminal Case                                    Judgment -- Page 5 of 7

DEFENDANT:          REBECCA RAMOS
CASE NUMBER:        EP:19-CR-03340-KC(1)

### SPECIAL CONDITIONS OF SUPERVISED RELEASE

<u> X </u>      The defendant shall participate in a mental health treatment program and follow the rules and
regulations of that program.  The probation officer, in consultation with the treatment provider, shall
supervise participation in the program (provider, location, modality, duration, intensity, etc.).  The
defendant shall pay the costs of such treatment if financially able.

<u> X </u>      The defendant shall take all mental health medications that are prescribed by the treating physician.   If
the medical professional prescribes a change in medication which you do not want to take, you must
immediately notify the probation officer so that the court can promptly hold a hearing.

AO 245B (Rev. TXW 09/19) Judgment in a Criminal Case                                      Judgment -- Page 6 of 7

DEFENDANT:          REBECCA RAMOS
CASE NUMBER:        EP:19-CR-03340-KC(1)

## ADDITIONAL CONDITIONS OF SUPERVISED RELEASE

NOT APPLICABLE.

AO 245B (Rev. TXW 09/19) Judgment in a Criminal Case                                         Judgment -- Page 7 of 7

DEFENDANT:           REBECCA RAMOS
CASE NUMBER:         EP:19-CR-03340-KC(1)

## CRIMINAL MONETARY PENALTIES/ SCHEDULE

     The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth.  Unless the Court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment.  Criminal Monetary Penalties, except those payments made through Federal Bureau of Prisons' Inmate Financial Responsibility Program shall be paid through the Clerk, United States District Court, 525 Magoffin Avenue, Room 105, El Paso, Texas 79901.

     The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

|  | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| TOTALS: | $100.00 | $.00 | $.00 | $.00 | $.00 |

## Special Assessment

     It is ordered that the defendant shall pay to the United States a special assessment of $100.00.

## Fine

     The fine is waived because of the defendant's inability to pay.

     If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column above.  However, pursuant to 18 U.S.C. § 3664(i), all non-federal victims must be paid before the United States is paid.

     If the fine is not paid, the court may sentence the defendant to any sentence which might have been originally imposed. See 18 U.S.C. §3614.

     The defendant shall pay interest on any fine or restitution of more than $2,500.00, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. §3612(f).  All payment options may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

     Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

     Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

     * Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.

     ** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.